OFFICE OF DISCIPLINARY COUNSEL *v.* BOYLAN.

[Cite as *Disciplinary Counsel v. Boylan* (1999), 85 Ohio St.3d 115.]

(No. 98–2637—Submitted January 27, 1999—Decided March 17, 1999.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Kenneth R. Donchatz,* Assistant Disciplinary Counsel, for relator.

*Michael M. Boylan, pro se.*

***Per Curiam.*** We adopt the findings, conclusions, and recommendation of the board. The sanction of an indefinite suspension from the practice of law "is especially fitting * * * where neglect of a legal matter is coupled with a failure to cooperate in the ensuing disciplinary investigation." *Warren Cty. Bar Assn. v. Lieser* (1997), 79 Ohio St.3d 488, 490, 683 N.E.2d 1148, 1149; see, also, *Akron Bar Assn. v. Barnett* (1997), 80 Ohio St.3d 269, 685 N.E.2d 1230. The record establishes that respondent exhibited a cavalier attitude toward both the representation of his client and the ensuing disciplinary investigation. Respondent is indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.